# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2016

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | EVANS, Ian Christopher | Docket No. | 0980 2:16CR00052-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ian Christopher Evans, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 18th day of April 2016, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Condition #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation if directed to do so by Pretrial Services.

**Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On May 19, 2016, Mr. Evans made a verbal admission to the undersigned that he had consumed heroin and methamphetamine the week of May 16, 2016.

**Violation #2:** On May 19, 2016, the defendant reported that he has failed to obtain the chemical dependency assessment as directed.

**Violation #3:** On May 15, 2016, the defendant failed to report to Okanogan Behavioral Health to submit a urine sample.

     PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: May 23, 2016 |
| by | s/Charles J. Kuipers |
| | Charles J. Kuipers
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

May 23, 2016
_____
Date