✎ PS 8
(3/15)

Case 2:16-cr-00052-WFN   Document 33   Filed 06/14/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| U.S.A. vs. | EVANS, Ian Christopher | Docket No. | 0980 2:16CR00052-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ian Christopher Evans, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 18th day of April 2016, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** On June 13, 2016, Mr. Evans made a verbal admission to the undersigned that he had consumed methamphetamine on June 7, 2016.

**PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH THE VIOLATIONS PREVIOUSLY REPORTED ON MAY 23, 2016**

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: June 14, 2016 |
| by | s/Charles J. Kuipers |
|  | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

June 14, 2016

Date