PROB 12C
(6/16)

Report Date: October 31, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ian Christopher Evans | Case Number: 0980 2:16CR00052-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Oroville, Washington 98844 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: February 28, 2017 | |
| Original Offense: Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1) | |
| Original Sentence: Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: David Michael Herzog | Date Supervision Commenced: September 22, 2020 |
| Defense Attorney: Amy H. Rubin | Date Supervision Expires: September 21, 2030 |

### PETITIONING THE COURT

To issue a warrant.

On September 22, 2020, Mr. Evans reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Evans acknowledged he understood his obligations to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Evans violated the terms of his supervised release by using fentanyl, on or about September 5, 2022.<br><br>Specifically, on September 6, 2022, the undersigned made contact with Mr. Evans at his residence and a urinalysis was collected which tested presumptive positive for fentanyl. Mr. Evans denied using fentanyl but did state that he took an unidentified pill from a friend on or about September 5, 2022. The aforementioned urinalysis specimen was sent to the laboratory for confirmation in which it was confirmed positive for fentanyl on September 12, 2022. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive |

Prob12C
**Re: Evans, Ian Christopher**
**October 31, 2022**
**Page 2**

instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Evans violated the terms of his supervised release as he failed to report to the U.S. Probation Office via cellular telephone on and/or after September 27, 2022, and by failing to report to the U.S. Probation Office as directed on October 27, 2022.

Specifically, on September 6, 2022, the undersigned made contact with Mr. Evans at his residence and a follow up appointment was ultimately set for September 27, 2022, at the U.S. Probation Office. On September 27, 2022, the undersigned received a text message from Mr. Evans' live-in significant other stating that Mr. Evans would be unable to make the previously set appointment as he was feeling ill. The undersigned subsequently requested to Mr. Evans' significant other to have Mr. Evans report to the undersigned via telephone as soon as possible. Mr. Evans has failed to contact the undersigned via telephone as directed.

On October 26, 2022, the undersigned attempted to make contact with Mr. Evans at his residence in which contact was made with his father. Mr. Evans' father confirmed that Mr. Evans and his significant other still reside at their residence but they were currently not home but expected to be back home in approximately 1 hour. The undersigned provided Mr. Evans' father with a business card with an appointment with the undersigned at the U.S. Probation Office on October 27, 2022, and a note for Mr. Evans to call the undersigned. Mr. Evans' father stated that he would have Mr. Evans call the undersigned once he returned home and give him the business card with the appointment time and date. Mr. Evans has failed to call and/or text the undersigned as of this writing and he furthermore failed to report to the U.S. Probation Office on October 27, 2022. It should be noted, the undersigned attempted to call Mr. Evans and his significant other multiple times in conjunction with text messages on October 27, 2022, though there has been no response in any manner, as of this writing. Mr. Evans appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 31, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Evans, Ian Christopher
October 31, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/31/2022
Date