PROB 12C
(6/16)

Report Date: December 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ian Christopher Evans | Case Number: 0980 2:16CR00052-WFN-1 |

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 28, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | September 22, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | September 21, 2030 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/31/2022.

On September 22, 2020, Mr. Evans reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Evans acknowledged he understood his obligation to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On December 26, 2023, Mr. Evans is alleged to have violated the terms of his supervised release by committing the offense of misdemeanor making a false statement to a public servant and pedestrian or vehicular interference.<br><br>On December 26, 2023, at approximately 8:53 a.m., per Spokane Police Department (SPD) report 2023-20252959, a SPD officer was dispatched to a local bank as a tent was blocking a portion of the sidewalk on the property. An SPD officer arrived and observed the aforementioned tent took up the majority of the sidewalk, and pedestrians were unable to use the sidewalk. Garbage, human feces, dog feces, and drug paraphernalia were scattered around the tent. Upon approaching the tent, the SPD officer identified himself and he observed two males in the tent. The inside of the tent smelled strongly of burnt counterfeit oxycodone containing fentanyl and the officer observed multiple pieces of burnt foil and straws consistent with smoking fentanyl inside the tent. |

Prob12C
Re: Evans, Ian Christopher
December 28, 2023
Page 2

The SPD officer then informed the males their tent was blocking the sidewalk and in violation of pedestrian interference and requested their names. Additionally, the officer informed them they would be arrested for providing false statements. A male, later identified as Mr. Ian Evans, provided a false name to the SPD officer. It was ultimately determined he was in fact Mr. Ian Evans and that he had a federal arrest warrant issued by the Honorable Judge Nielsen, Senior U.S. District Judge, in response to a violation petition filed with the Court on October 31, 2022. Mr. Evans was placed into custody on the aforementioned charges and he remains in custody on these charges as of this writing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 28, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/28/2023
Date