PROB 12C
(6/16)

Report Date: February 9, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 09, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ian Christopher Evans | Case Number: 0980 2:16CR00052-WFN-1 |
| Address of Offender: ▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 28, 2017

| | | |
|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: September 22, 2020 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: September 21, 2030 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/31/2022 and 12/28/2023.

On September 22, 2020, Mr. Evans reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. Evans acknowledged he understood his obligation to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Evans violated his terms of supervised release by committing the crime of Failing to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), between January 5, 2023, and or on about December 26, 2023.<br><br>On February 7, 2024, an indictment was filed with the Court charging Mr. Evans with failing to register as a sex offender, case number 2:24-CR-00022-WFN-1. Mr. Evans is set to appear for an initial appearance and arraignment on February 12, 2024. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Evans, Ian Christopher
February 9, 2024
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 9, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/9/2024
Date